IN THE UNITED STATES DISTRICT COURT **F I L E D**
FOR THE DISTRICT OF COLORADO   UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. **06 - CV - 02198**      NOV - 2 2006

**(The above civil action number must appear on all future papers**
**sent to the court in this action. Failure to include this number**      GREGORY C. LANGHAM
**may result in a delay in the consideration of your claims.)**                     CLERK

DELMART E.J.M VREELAND, II,

     Plaintiff,

v.

DEA ARAGON,
DARREN VAHLE,
PAUL A. KING,
NILES D. MCGUIRE,
NATHAN LAKE MCGUIRE,
JON RYAN RICHARDSON,
CORRECTIONAL HEALTHCARE MANAGEMENT,
GOVERNOR, JENNIFER M. GRANHOLM,
THE DOUGLAS COUNTY SHERIFFS OFFICE,
KENNETH LEUBKMAN,
TIMOHTY MOORE,
DAVID REIDMULLER,
MICHIGAN STATE POLICE DEPARTMENT,
MACOMB COUNTY PROSECUTORS OFFICE,
OAKLAND COUNTY PROSECUTORS OFFICE, and
OAKLAND COUNTY SHERIFFS OFFICE,

    Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

Plaintiff Delmart E.J.M. Vreeland, II, has submitted a Prisoner Complaint. As
part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined
that the submitted complaint is in proper form. Therefore, the clerk of the court will be
directed to commence a civil action. Plaintiff also has tendered the $350.00 filing fee.

Dockets.Justia.com

The clerk of the court will be directed to mail to the Plaintiff, together with a copy of this order, a receipt for full payment of the $350.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, a receipt for full payment of the $350.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this __31st__ day of __October_____, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.     **06 - CV - 02198**

Delmart E.J.M. Vreeland, II
No. 05-a-0433
4000 Justice Way
Castle Rock, CO 80109

　　　　I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on_____11/2/06_____

GREGORY C. LANGHAM, CLERK

By:_____
　　　　　　　　　Deputy Clerk